■ In the Matter of DAVID M. TENACE, a Person Alleged to be a Juvenile Delinquent. DAVID M. TENACE, Appellant; THOMAS HAYNER, as Schenectady County Attorney, Respondent. [650 NYS2d 897] —White, J. Appeal from an amended order of the Family Court of Schenectady County (Griset, J.), entered January 24, 1996, which denied petitioner's motion to vacate a prior order adjudicating him to be a juvenile delinquent.

Fourteen years after an order was entered adjudicating petitioner a juvenile delinquent, he moved to vacate it. Family Court denied the motion on the ground that the time to appeal had expired.

We affirm, but on a different ground. While the right to seek

legal redress is broad, it is not without limitations. One limitation is that a party cannot unreasonably and inexcusably delay in seeking relief to the prejudice of the opposing party (*see, Matter of Schulz v State of New York*, 81 NY2d 336, 348). In this instance, as petitioner has offered no explanation for his delay which was inherently prejudicial to respondent, the denial of his motion was justified (*see*, 75 NY Jur 2d, Limitations and Laches, § 336, at 541).

Mikoll, J. P., Casey, Peters and Spain, JJ., concur. Ordered that the amended order is affirmed, without costs.